# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL GLINTON et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PSC INDUSTRIAL OUTSOURCING, et al.<br><br>　　　　　Defendants. | )  Case No.: 1:13-cv-01510  LJO JLT<br>)<br>)  ORDER GRANTING STIPULATION TO FILE<br>)  AMENDED COMPLAINT<br>)<br>)  (Doc. 5)<br>)<br>)<br>)<br>) |

On October 23, 2013, the parties filed a stipulation to allow Plaintiffs to file a second amended complaint to name Saleem Shakir as a Plaintiff.  (Doc. 5)  With their stipulation, they filed the proposed Second Amended Complaint.  (Doc. 5-3)

Based upon the stipulation, the Court **ORDERS**:

1. The stipulation to allow the filing of the second amended complaint is **GRANTED**;

2. Within two court days, Plaintiffs **SHALL** file their second amended complaint.

IT IS SO ORDERED.

Dated: __November 7, 2013__　　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1