**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EARL GLINTON et al., | Case No.: 1:13-cv-01510  LJO JLT |
| Plaintiffs, | ORDER GRANTING STIPULATION TO FILE AMENDED COMPLAINT |
| v. | |
| PSC INDUSTRIAL OUTSOURCING, et al. | (Doc. 5) |
| Defendants. | |

On October 23, 2013, the parties filed a stipulation to allow Plaintiffs to file a second amended complaint to name Saleem Shakir as a Plaintiff.  (Doc. 5)  With their stipulation, they filed the proposed Second Amended Complaint.  (Doc. 5-3)

Based upon the stipulation, the Court **ORDERS**:

    1.    The stipulation to allow the filing of the second amended complaint is **GRANTED**;

    2.    Within two court days, Plaintiffs **SHALL** file their second amended complaint.

IT IS SO ORDERED.

    Dated:   **November 7, 2013**            **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE