# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL GLINTON et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>PSC INDUSTRICAL OUTSOURCING, et al.<br><br>  Defendants. | Case No.: 1:13-cv-01510  LJO JLT<br><br>ORDER GRANTING STIPULATION THAT THE LODGED ANSWER TO THE FIRST AMENDED COMPLAINT BE DEEMED RESPONSIVE TO THE SECOND AMENDED COMPLAINT<br><br>(Doc. 9) |

On November 27, 2013, the Court granted the parties' stipulation to allow Plaintiffs to file a second amended complaint to name Saleem Shakir as a Plaintiff.  (Doc. 6)  Now before the Court is the stipulation that the answer, filed in state court, to the first amended complaint be deemed responsive to the second amended complaint without need for further filing.  (Doc. 9)  Along with the stipulation, the parties lodge the pertinent answer.  Id. at 5-78.  Therefore, the Court **ORDERS**: The stipulation to deem the lodged answer (Doc. 9 at 5-78) to the first amended complaint filed in the state court to be responsive to the second amended complaint filed in this Court is **GRANTED**.

IT IS SO ORDERED.

Dated:   **December 2, 2013**              **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE

1