UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL GLINTON, et al., ) | CASE NO.: 1:13-CV-01510-LJO-JLT |
| Plaintiffs, ) | |
| vs. ) | ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE |
| PSC INDUSTRIAL OUTSOURCING, LP; ) DOES 1 through 100 inclusive, ) | (Doc. 20) |
| Defendants. ) | |

Based upon the stipulation of the parties in which they report the matter is not currently amenable to settlement discussions, the Court **ORDERS**:

1. The settlement conference currently scheduled on May 20, 2014, is **CONTINUED** to **August 28, 2014 at 9:30 a.m.**

IT IS SO ORDERED.

Dated:   **May 13, 2014**               **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

1