UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL GLINTON, CHARLES JULIAN, LAWRENCE MYLES<br><br>           Plaintiffs,<br><br>    vs.<br><br>PSC INDUSTRIAL OUTSOURCING, LP; DOES 1 through 100 inclusive,<br><br>           Defendants | CASE NO.: 1:13-CV-01510-LJO-JLT<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>**(Doc. 24)** |

Before the Court is the stipulated protective order filed by counsel. (Doc. 24) Good cause appearing, the Court **GRANTS** the stipulation.

IT IS SO ORDERED.

Dated:   **August 20, 2014**                      **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE

1