EMPLOYMENT LAWYERS GROUP
KARL GERBER, SBN: 166003
ERIC PALMER, SBN: 231207
13418 Ventura Boulevard
Sherman Oaks, California 91423
Telephone:  (818) 783 7300
Facsimile:   (818) 995 7159

Attorneys for Plaintiffs
EARL GLINTON, CHARLES JULIAN,
LAWRENCE MYLES, SALEEM SHAKIR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – BAKERSFIELD DIVISION

| | |
|---|---|
| EARL GLINTON, CHARLES JULIAN, LAWRENCE MYLES<br><br>              Plaintiffs,<br><br>    vs.<br><br>PSC INDUSTRIAL OUTSOURCING, LP; DOES 1 through 100 inclusive,<br><br>              Defendants.<br>_____ | CASE NO.: 1:13-CV-01510-LJO-JLT<br>(Kern County Superior Court<br>Case No. S-1500-CV-279979 LHB)<br><br>ORDER GRANTING STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT AND RELATED DATES<br><br>*[Assigned to District Judge, Hon. Lawrence O'Neill]* |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   THE COURT, having reviewed the Stipulation filed concurrently with this Order and executed by the parties' counsel, and good cause appearing thereon, hereby orders as follows:

1. Defendant's Motion for Summary Judgment, or in the alternative, Summary Adjudication, is hereby rescheduled to Tuesday, February 3, 2015 in Department 4;

2. The date for filing Plaintiffs' opposition papers is rescheduled to Tuesday, January 20, 2015;

3. The date for filing Defendant's reply papers is rescheduled to Tuesday, January 27, 2015.

4. Once the parties finalize their agreement, as specified in the accompanying Stipulation, counsel shall notify the Court so that the foregoing dates may be vacated and the case dismissed.

IT IS SO ORDERED.

Dated:   **December 18, 2014**         /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE