1  EMPLOYMENT LAWYERS GROUP
2  KARL GERBER, SBN: 166003
   ERIC PALMER SBN: 231207
3  13418 Ventura Boulevard
4  Sherman Oaks, California 91423
   Telephone:  (818) 783-7300
5  Facsimile:  (818) 995-7159
6
7  Attorneys for Plaintiffs,
   EARL GLINTON, CHARLES JULIAN,
8  LAWRENCE MYLES, SALEEM SHAKIR
9
10
11              UNITED STATES DISTRICT COURT
12              EASTERN DISTRICT OF CALIFORNIA
13

| EARL GLINTON, et al. | ) CASE NO.: 1:13-CV-01510-LJO-JLT |
|---|---|
| Plaintiffs, | ) |
| vs. | ) **ORDER ON STIPULATION RE: DISMISSAL OF ACTION WITH PREJUDICE** |
| PSC INDUSTRIAL OUTSOURCING, LP; DOES 1 through 100 inclusive, | ) |
| Defendants. | ) |

On January 21, 2015, the parties jointly submitted a Stipulation Re: Dismissal of Action with Prejudice. Accordingly, the instant matter is dismissed with prejudice, and each party will bear their own respective costs, including attorney fees and other litigation expenses.

The Clerk of Court is directed to CLOSE THIS CASE.

**SO ORDERED**
**Dated: January 22, 2015**

                                               **/s/ Lawrence J. O'Neill**
                                               **United States District Judge**